Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Alex Martin Rankins Jr. | Case No. 25cv30095-MGM  *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | |
| City of Springfield Massachusetts, Hampden County Districts Attorney's Office, Springfield Massachusetts Police Department | |
| *Defendant(s)* (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Alex Rankins Jr. |
| Street Address | 79 Kenyon St. |
| City and County | Springfield, Hampden county |
| State and Zip Code | Massachusetts, 01109 |
| Telephone Number | (413)355-9318 |
| E-mail Address | |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | City of Springfield Massachusetts |
| Job or Title *(if known)* | |
| Street Address | 36 Court Square |
| City and County | Springfield, Hampden |
| State and Zip Code | Massachusetts, 01103 |
| Telephone Number | (413)736-3111 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Springfield Police Department |
| Job or Title *(if known)* | |
| Street Address | 130 Pearl St |
| City and County | Springfield, Hampden |
| State and Zip Code | Massachusetts 01105 |
| Telephone Number | (413)787-6302 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Hampden County District Attorney's Office |
| Job or Title *(if known)* | |
| Street Address | 50 State St. |
| City and County | Springfield, Hampden |
| State and Zip Code | Massachusetts, 01103 |
| Telephone Number | (413)747-1000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Tom Prendergast |
| Job or Title *(if known)* | Assisant District Attorney Hampden County |
| Street Address | 50 State St. |
| City and County | Springfield, Hampden |
| State and Zip Code | Masachusetts 01103 |
| Telephone Number | (413)747-1000 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
42 U.S.C. 1983
4th, 5th, and 14th Amendment Violations

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1.) 05/20/2022 -At approximately 3:30 pm. I, Alex Rankins Jr., the plantiff, had my driver's license and vehicle illegally seized by the Springfield Police department, Officer Parrot, after being involved in a motor vehicle accident in which I stayed on the scene. The Springfield police department along with the Hampden county district attorney's office did not issue a citation, summons, nor did they arrest me at the time. Violating my 4th amendment rights. My License is still suspended and my vehicle is still on police hold, at CJ's towing as of 05/16/2025. My car insurance company and the expert witness my public defender hired have never been able to inspect the vehicle due to the police hold.

2.) 02/22/2023- At approximately 8:00 pm. Ten Springfield police officers showed up to the back door of my

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

As of 05/16/2025, I, the plantiff, still do not have a trial date for the misdemeanor I am being charged for. My next court date is 05/30/2025. It wil have taken over 3 years,(the statute of limitations to file a civil suit in Massachusetts) and this case still is not resolved on purpose. I have been effectively made a persona non gratis. I, therefore, pray for a judgment against the defendents for the sum of $12,000,000.00, plus costs and attorney's fees.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/16/2025

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Alex Martin Rankins Jr.

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address